| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>SPIEGEL, S. | 2. Court or Organization<br>U.S. DISTRICT COURT | 3. Date of Report<br>4/17/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>UNITED STATES SENIOR DISTRICT | 5. ReportType (check appropriate type)<br>○ Nomination, · Date<br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br>1/1/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br>838 Potter Stewart United<br>States Courthouse<br>Cincinnati, OH 45202 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2006 APR 24 A 10: 40 FINANCIAL DISCLOSURE REPORT

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Harold R. Medina Seminar | Seminar for Article III and State Judges - Transportation and Hotel - $195.25 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Clermont County/Sporty's Airport | Roundtrip transportation to Air Venture in Oshkosh, Wisconsin | $0 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPIEGEL, S. | 4/17/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | | Name of Person Reporting | | | | | Date of Report | | |
|---|---|---|---|---|---|---|---|---|---|
| | | S. Arthur Spiegel | | | | | | | |

| | | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | | Amt Code (A-H) | Type (e.g. divs, rent or int) | Value Code (J-P) | Value Method (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month/Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 | Brokerage Account # 1 | | | | | | | | | |
| 2 | Anadarko Petroleum Corp (APC) | A | Div | K | T | | | | | |
| 3 | Exxon Mobil Corp (XOM) | C | Div | M | T | | | | | |
| 4 | Fifth Third Bancorp Ohio (FITB) | E | Div | N | T | Partial Donation | | | | |
| 5 | Marathon Oil Corp (MRO) | A | Div | K | T | | | | | |
| 6 | PNC Financial Services Group (PNC) (previously known as PNC Bank Corp) | D | Div | M | T | | | | | |
| 7 | Piper Jaffray Companies Inc (PJC) | | None | J | T | | | | | |
| 8 | Procter & Gamble Co (PG) | D | Div | N | T | | | | | |
| 9 | J M Smucker Company New (SJM) | A | Div | J | T | | | | | |
| 10 | U.S. Bancorp Delaware New (USB) | C | Div | L | T | | | | | |
| 11 | Union Pacific Corp (UNP) | A | Div | L | T | | | | | |
| 12 | United States Steel Corp (X) | A | Div | J | T | | | | | |
| 13 | Eaton Vance Balanced Fund (EVIFX) (previously known as Eaton Vance Investors Fund) | A | Div | J | T | | | | | |
| 14 | Gateway Fund (GATEX) | B | Div | M | T | Buy | 5/11/05 | L | | |
| 15 | Victory Ohio Muni Bond Fund (SOHTX) | C | Div | M | T | | | | | |
| 16 | Sharonville, OH Neyra Industries 5.0% due 11/01/10; ▮▮▮▮ | B | Int | | | Complete Redemption | 11/1/05 | K | A | |
| 17 | Ohio State Water Development Unrefunded 6% due 12/1/08; ▮▮▮▮ | A | Int | J | T | | | | | |
| 18 | OH State Water Development Pollution Control 5.3% due 12/1/10; ▮▮▮▮ | C | Int | | | Complete Redemption | 6/1/05 | M | A | |
| 19 | Ohio State Higher Education Fac 3.4% due 7/1/37; ▮▮▮▮ | B | Int | K | T | | | | | |
| 20 | Gradison Ohio Municipal Cash Trust | D | Div | N | T | | | | | |
| 21 | Brokerage Account # 2 - Trust | F | Div & Int | P1 | T | | | | | |
| 22 | - Gradison Ohio Municipal Cash Trust | | | | | | | | | |

| | Name of Person Reporting | | | | | | | | Date of Report |
|---|---|---|---|---|---|---|---|---|---|
| | S. Arthur Spiegel | | | | | | | | |

| | | (1) Amt Code (A-H) | (2) Type (e.g. div, rent or int) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 23 | - Automatic Data Processing (ADP) | | | | | | | | | |
| 24 | - Bristol Myers Squibb (BMY) | | | | | | | | | |
| 25 | - Exxon Mobil Corp (XOM) | | | | | | | | | |
| 26 | - HSBC Holdings PLC (HBC) | | | | | | | | | |
| 27 | - JP Morgan Chase & Company (JPM) | | | | | | | | | |
| 28 | - Pepsico Inc (PEP) | | | | | | | | | |
| 29 | - Pfizer Inc (PFE) | | | | | | | | | |
| 30 | - Pitney Bowes Inc (PBI) | | / | | | | | | | |
| 31 | - Procter & Gamble Co (PG) | | | | | | | | | |
| 32 | - EW Scripps Co (SSP) | | | | | Buy | 2/14/05 | K | | |
| 33 | - 3M Co (MMM) | | | | | | | | | |
| 34 | - Time Warner Co | | | | | Complete Sale | 2/14/05 | K | E | |
| 35 | - U.S. Bancorp (USB) | | | | | | | | | |
| 36 | - Butler County, Ohio 4.95% due 12/1/10 | | | | | | | | | |
| 37 | - Cuyahoga County, Ohio 4.75% due 12/1/09 | | | | | | | | | |
| 38 | - Eastern OH Regional Wastewater 4.25% due 12/1/10 | | | | | | | | | |
| 39 | - Kings Local School District, OH 5.20% due 12/1/08 | | | | | | | | | |
| 40 | - Nordinia Hills, OH School District 4.7% due 12/1/09 | | | | | | | | | |
| 41 | - University Cincinnati Ohio 4.45% due 6/1/05 | | | | | Complete Redemption | 6/1/05 | K | A | |
| 42 | - Montgomery County Ohio Solid Waste 5.1% due 11/1/05 | | | | | Complete Redemption | 11/1/05 | K | A | |
| 43 | - Fairfield Ohio City School 5.1% due 12/1/06 | | | | | | | | | |
| 44 | - Findlay Ohio 3% due 7/1/08 | | | | | | | | | |

| | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt Code (A-H) | (2) Type (e.g. div, rent or int) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 45 | - Madison OH Local School District 4.05% due 12/1/06 | | | | | | | | | |
| 46 | - Muskingum County Ohio Hospital 5.35% due 12/1/07 | | | | | | | | | |
| 47 | **Brokerage Account # 4 – Trust** | D | Div | M | T | | | | | |
| 48 | - Templeton Foreign Fund | | | | | Partial Sale Partial Sale | 7/5/05 10/4/05 | J J | A A | |
| 49 | - Victory Established Value Fund | | | | | Partial Sale Partial Sale | 7/5/05 10/4/05 | J J | A A | |
| 50 | - Victory Small Company Opportunity Fund | | | | | Partial Sale Partial Sale Partial Sale | 6/7/05 7/5/05 10/4/05 | J J J | A A A | |
| 51 | - Victory Diversified Stock Fund | | | | | Partial Sale Partial Sale | 7/5/05 10/4/05 | J J | A A | |
| 52 | - Gradison U.S. Government Reserves | | | | | | | | | |
| 53 | **Brokerage Account # 5** | | | | | | | | | |
| 54 | Victory Established Value Fund | D | Div | M | T | Partial Sale | 1/6/05 | J | C | |
| 55 | Victory Fund for Income | C | Div | K | T | Partial Sale | 12/27/05 | J | A | |
| 56 | Victory Gradison Government Reserves | A | Div | J | T | | | | | |
| 57 | **Brokerage Account # 6 – Trust** | A | Div | L | T | | | | | |
| 58 | - Victory Gradison Government Reserves | | | | | Partial Donation | | | | |
| 59 | - Gateway Fund | | | | | Buy | 3/4/05 | K | | |
| 60 | - Harbor International Fund | | | | | Buy | 3/4/05 | J | | |
| 61 | - IShares S&P 500 Index Fund | | | | | Buy | 3/2/05 | J | | |
| 62 | - IShares Russell 1000 Value Index | | | | | Buy | 3/2/05 | J | | |
| 63 | - IShares Russell 1000 Growth Index | | | | | Buy | 3/2/05 | J | | |
| 64 | - Royce Total Return | | | | | Buy | 3/4/05 | J | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SPIEGEL, S. | 4/17/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____      Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544